UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **KENDRICK L. WRIGHT** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **BARDETT, LLC and** | **CASE NO: 15-2244-A** |
| **A.S. BARBORO, INC.** | |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Joint Stipulation Of Dismissal With Prejudice entered on September 23, 2015, this cause is hereby dismissed with prejudice.


**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

DATE: 9/24/2015

                                                     THOMAS M. GOULD
                                                     Clerk of Court

                                                      **s/Terry L. Haley**
                                                 (By)   Deputy Clerk